# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 2:05-CR-129 |
| JAMES C. CRABTREE, | : | JUDGE SARGUS |
| Defendant. | : | |

## MOTION OF DEFENDANT, JAMES CRABTREE, FOR PRETRIAL NOTICE OF OTHER ACTS EVIDENCE WHICH THE GOVERNMENT INTENDS TO INTRODUCE AT TRIAL

Defendant, James Crabtree, through undersigned counsel, pursuant to Rule 404 (b), Federal Rules of Evidence, moves the Court for an Order requiring the Government to provide notice of the nature of any "other acts" evidence with respect to James Crabtree which the Government intends to introduce at trial.

This motion is submitted in accordance with Rule 404 (b), Federal Rules of Evidence, as effective December 1, 2000.

Respectfully submitted,

STEVEN S. NOLDER
ACTING FEDERAL PUBLIC DEFENDER

  /s/ Steven S. Nolder
Steven S. Nolder  (0037795)
Acting Federal Public Defender
One Columbus
10 West Broad Street, Suite 1020
Columbus, Ohio  43215-3469
(614) 469-2999
Steve_Nolder@fd.org

Attorney for Defendant
James Crabtree

# MEMORANDUM

Pursuant to Rule 404 (b) of the Federal Rules of Evidence, Defendant, James Crabtree, moves this Court for pretrial notice of any evidence the Government intends to introduce at trial that is evidence of other crimes, wrongs or acts.

                Respectfully submitted,

                STEVEN S. NOLDER
                ACTING FEDERAL PUBLIC DEFENDER

                /s/   Steven S. Nolder
                Steven S. Nolder  (0037795)
                Acting Federal Public Defender
                10 West Broad Street, Suite 1020
                Columbus, Ohio  43215-3469
                (614) 469-2999
                Steve_Nolder@fd.org

                Attorney for Defendant
                James Crabtree

# CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was electronically served upon Mike Burns, Assistant United States Attorney, Office of the United States Attorney, 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215, on this 12th day of October, 2006.

                /s/ Steven S. Nolder
                Steven S. Nolder  (0037795)
                Actiing Federal Public Defender

                Attorney for Defendant
                James Crabtree

o:\CrabtreeJames\documentOtrevitm.wpd